## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |
| _____ | AMENDED MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND |
| PLAINTIFF(S), | |
| v. | |
| 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC, | Civil Action No.: _____ |
| DEFENDANTS. | |

## MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND

Plaintiff(s) incorporate(s) by reference the Master Long Form Complaint and Jury Trial Demand filed in *In re: 3M Combat Arms Earplug Products Liability Litigation* on September 20, 2019. Pursuant to Pretrial Order No. _____, this Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants, as set forth in Paragraphs 10 and 11 or an additional sheet attached hereto; and/or (b) additional claims and

allegations against other Defendants not listed in the Master Long Form Complaint, as set forth in Paragraphs 12 and 13 or an additional sheet attached hereto.

Plaintiff(s) further allege(s) as follows:

## I.    DEFENDANTS

1.    Plaintiff(s) name(s) the following Defendants in this action:

_____        3M Company

_____        3M Occupational Safety LLC

_____        Aearo Holding LLC

_____        Aearo Intermediate LLC

_____        Aearo LLC

_____        Aearo Technologies LLC

## II.    PLAINTIFF(S)

2.    Name of Plaintiff:

3.    Name of spouse of Plaintiff (if applicable to loss of consortium claim):

4.    Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

5.      State(s) of residence of Plaintiff(s):

<div style="border:1px solid black; height:60px;"></div>

## III.  <u>JURISDICTION</u>

6.      Basis for jurisdiction (diversity of citizenship or other):

<div style="border:1px solid black; height:60px;"></div>

7.      Designated forum (United States District Court and Division) in which venue would be proper absent direct filing:

<div style="border:1px solid black; height:60px;"></div>

## IV.  <u>USE OF DUAL-ENDED COMBAT ARMS EARPLUG</u>

8.      Plaintiff used the Dual-Ended Combat Arms Earplug:

_____        Yes

_____        No

## V.  <u>INJURIES</u>

9.      Plaintiff alleges the following injuries and/or side effects as a result of using the Dual-Ended Combat Arms Earplug:

_____        Hearing loss

_____        Sequelae to hearing loss

_____        Other [specify below]

<div style="border:1px solid black; height:60px;"></div>

## VI.  **CAUSES OF ACTION**

10.  Plaintiff(s) adopt(s) in this Short Form Complaint the following claims asserted in the Master Long Form Complaint and Jury Trial Demand, and the allegations with regard thereto as set forth in the Master Long Form Complaint and Jury Trial Demand:

_____     Count I – Design Defect – Negligence

_____     Count II – Design Defect – Strict Liability

_____     Count III – Failure to Warn – Negligence

_____     Count IV – Failure to Warn – Strict Liability

_____     Count V – Breach of Express Warranty

_____     Count VI – Breach of Implied Warranty

_____     Count VII – Negligent Misrepresentation

_____     Count VIII – Fraudulent Misrepresentation

_____     Count IX – Fraudulent Concealment

_____     Count X – Fraud and Deceit

_____     Count XI – Gross Negligence

_____     Count XII – Negligence Per Se

_____     Count XIII – Consumer Fraud and/or Unfair Trade Practices

_____     Count XIV – Loss of Consortium

_____     Count XV – Unjust Enrichment

_____     Count XVI – Punitive Damages

_____        Count XVII – Other [specify below]

<br><br><br><br><br><br>

11.    If additional claims against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand are alleged in Paragraph 10, the facts supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following factual allegations against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand:

<br><br><br><br><br><br><br><br><br>

12.    Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

<br><br><br><br><br><br><br><br><br>

13.    Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 12:

**WHEREFORE,** Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiff(s) may be entitled.

Dated: _____

Respectfully submitted,

**ABRAHAM, WATKINS, NICHOLS,
AGOSTO, AZIZ & STOGNER**

*/s/ Muhammad S. Aziz*
MUHAMMAD S. AZIZ
State Bar No. 24043538
800 Commerce Street
Houston, Texas 77002
(713) 222-7211 - Telephone
(713) 225-0827 - Facsimile
maziz@awtxlaw.com
3mlawsuit@awtxlaw.com

**ATTORNEY FOR PLAINTIFF**